# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

CHRISTINE HALTON, ADC #706236                                                                    PLAINTIFF

v.                                        No. 1:14CV00118 JLH/JTR

RICHARD SWAIN, Jail Administrator,
Cleburne County Detention Center, et al.                                                       DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge J. Thomas Ray. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Partial Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED that:

1.      Plaintiff is allowed to PROCEED with her inadequate medical care claims against defendants Richard Swain and Teresa Vaughn.

2.      Defendants Kim Rackley and Diane Lackey are DISMISSED without prejudice.

3.      The Court directs the Clerk of Court to prepare summons for defendants Richard Swain and Teresa Vaughn and that service be effected by the United States Marshal.

4.      The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

DATED this 10th day of December, 2014.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE